Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Gail E Scott | ) Chapter 13 )<br>) Case No.: 8:10-bk-13743-TA )<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)** )<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301057** in the sum of **$298.50** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    MARLIN E BRANSTETTER
    1475 S STATE COLLEGE., #210
    ANAHEIM, CA 90703

Date: September 10, 2011         __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 1013743 | Gail E Scott ACCT: | XXX-XX-4098 Claim: 00000 | 298.50 | 0.00 | 298.50 |
| | | TOTALS | 298.50 | 0.00 | 298.50 |

Gail E Scott

BALANCE: 2,903.00    [0.00  13/00000]
SSN: XXX-XX-4098    SSN:
ACCT:    CASE: 1013743
PRINCIPAL:    298.50    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0301057

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$298.50

PAY    Two Hundred Ninety Eight And 50 / 100 Dollars

TO THE ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301057⑈ ⑆061100790⑆ 000000575186 2⑈